**Order filed March 5, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00388-CR
14-20-00389-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**AARON JAMES TEMPLE, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1557153, 1557664**

# O R D E R

The clerk's record was filed June 19, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Final Judgment, signed on or about April 28, 2020.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 12, 2021, containing the Final Judgment, signed on or about April 28, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Poissant and Wilson.